UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RAFAEL FABIAN,

Defendant.

CASE NO.: 23 Mag. 2874 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Order dated April 12, 2023 issued by the Honorable Patricia A. Gaughan, Chief Judge, United States District Court for the Northern District of Ohio (see attached), this Court's April 11, 2023 Order directing the release of Mr. Fabian on certain conditions is STAYED pending a ruling by the Northern District of Ohio on the Government's Motion to Revoke Order of Release.

Dated:   New York, New York
         April 12, 2023

SO ORDERED

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:23 CR 171 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Rafael Fabian | ) | Order |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the government's Motion to Revoke Order of Release. (Doc. 5). The release order issued by Magistrate Judge Sarah Cave of the Southern District of New York is hereby STAYED pending a ruling on this motion. Defendant's brief in opposition is due no later than April 16.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court
Chief Judge

Dated: 4/12/23